CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

Bro Stephen Michael EL-Bey Authorized Representative ALL Rights Reserved

UCC. 1-103, U.C.C. 107, U.C.C. 308,

Plaintiffs,                    SAG 26 CV 2965

AT BALTIMORE

CLERK    COURT
MARYLAND
BY                DEPUTY
JUL 2 9 2026

____ FILED    ____ ENTERED
____ LOGGED   ____ RECEIVED

THE VOLKSWAGEN OF FALLSTON DEALERSHIP COMPANY TOM WALSH, MATTE-EW POLLOM AND JONATHAN SCHULTZ AT 21 10 BELAIR ROAD FALLSTON 21047 LOCATION, And Baltimore County Police Policy Enforcer DEP FREUND #1447 AT NORTE-ERN PRECINCT 45.S MAIN STREET BELARN 21047 LOCATION

Defendants.

Self-represented Plaintiff Bro Stephen Michael El-Bey I Filing this filed this complaint invoking the Court's federal question and diversity jurisdiction. CITIZENSHIP ECF No. l. My statement of claim contains the following allegations charges that:

THESE CRIMINALS STOLE MY 2015 VOLKSWAGEN GOLF PRICE AT

WHICH 1 PAID FOR ON 10/24/2024 $9864.20 VIN NUNBER

3VW21AU8FM020323 ON THE 3 RD OF FEBRUARY THE MONTH OF

FEBRUARY 2025 WORKING OUT A DEAL TO TRADE IN MY 2015 GOLF

VEHICLE PRICE AT $9864.20 FOR A USED 2022 VOLKDWAGE TIGUAN

*Bro Stephen Michael EL-Bey*

3VV2B7AX9NM040462

WHTCH AT THIS TIME WAS ON MY THIRD REQUEST VISIT FOR THE

TAGS AND TITLE, AND THE DEALERSHIPE AT-WHICH TIME THEY THEN STOLE

BACK THE TIQUAN BACK AND SAID THAT 1 WOUND NOT GET MY $9864.20 FIAT

NOR WOULD I GET MY 2015 VOLKSWAGEN GOLF BACK. FOR NO REASON SO I

AM CHARGING THESE 4 CRIMINALS WITH CASE LAWS MCCOWAN 1917 C. 93 170 P.

110 IGNORANCE OF THE LAW DOES NOT EXCUSE MISSCONDUCT AND I

CHARGE THESE CRIMINALS UNDER TITLE 42 U.S. CODE SECTION 1983 SECTION

1985 AND SECTION 1986 CLEARLING ESTABLISHED MY RIGHT TO SUE THESES

CRIMINAL FOR DAMAGES FOR LOST REPUTATION AND COMMUNITY

CONSORTIUM AND $30,000.00 EACH IN THEIR PRIVATE CONTACITY AND IN

THEIR CORPERATE CAPACITY BOTH FOR VIOLATING USC TITLE 1 8 241 AND 242

AND UNDER COLOR OF LAW AND CONSPIRACY AGAINST MY RIGHTS AND

THESE 4 INDIVISUALS HAVE ALSO VIOLATED USC TITLE 18 2071 CONCEAINENT

AND TRESON AND MURDOCK V PENNSYVANIA 319 U.S. 105 AND

VIOLATED AMENDMEND IV THEIR OATH OF OFFICES AND ADMENDMEND V

DEPRVED OF LIFE LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW

NOR SHALL PRIVATE PROPERTY BE TAKEN WITH OUT JUST COMPENSATION

THESE PEOPLE VIOLATED SECTION 242 OF TITLE 18 WHERE ASA PERSON OF A RIGHT OR
TITLE 18 CHAPTER 13 SECTION 242 AND 241

MAKES IT A CRIME FOR A PERSON UNDER COLOR OF ANY LAW TO WILLFULLY

DEPRIVE A PERSON OF A RIGHT AND A PRIVILEGE BY THE CONSTITUTION OF

THE UNITED STATES SO I

WANT TO BE COMPENSATED"There are two elements in mail fraud: (1 ) TOM WALSH AND MATTHEW POLLOM

AND JONATHAN SCHULTZ

AT 21 10 BELAIR ROAD FALLS TON

21047 LOCATION, And Baltimore County

Police Policy Enforcer DEP FREUND #1447 AT NORTHERN PRECINCT 45.S

MAIN STREET BEL AIR 21047 having devised AND intending to devise a scheme to defraud (or to perform specified fraudulent acts CAR JACKING ), and WITH THE

use of the mail for the purpose of executing, or attempting to execute, the agreement (or

specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of mail fraud under ... S 1 341 are (1) a scheme to defraud, and (2) the mailing of a

letter, etc., for the purpose of executing the scheme."); Laura A. Eilers & Harvey B.

Silikovitz, Mail and Wire Fraud, 31 Am. Crim. L. Rev. 703, 704 (1994) (cases cited). AND ARE IN VIOLATION OF LOSS OF MY FIRST AMENDMENT FREEDOMS FOR ANY MINIMAL PERIOD

OF TIME UNQUESTIONABLY CONSTITUTES IRREPARABLE INJURY ELROD V. BURNS 427 U.s. 347;6 S. CT.2673;49 L. ED.2D 1976 AND ARE IN VIOLATION OF A UNCONSCIONABLE CONTRACT ONE WHICH NO SENSIBLE PERSON NOT UNDER DELUSION OR DURESS WOULD MAKE AND SUCH AS NO HONEST AND FAIR MAN WOULS ACCEPT FRANKLIN FIRE INS. CO. V NOLL, IND. APP.289, 58 N.E.2D. 347,949,950AND IN VIOLATION OF ALEXANDER V. BOSWORTH 191 5, 26,C.A. 589,599, 147 P.607 A PARTY CANNOT BE BOUND BY A CONTRACT THAT HE OR SHE HAS NOT MADE OR AUTHORIZED AND THEY AND THIER

COMPANY ARE IN VIOLATION OF TITLE 18 PART ONE CHAPTER 63 # 1 341 FRAUD AND SWINDLES AND TITLE 18 PART ONE CHAPTER 47 31001 FALSIFIS CONCEALS AND COVER UP TRICK AND SCHEME TO STEAL PROPERTY FRAUDULENTLY

SIGN I Bro Stephen Michael EL-Bey January 12, 2026 SEEK DAMAGES ALLOWED BY LAW

DISPLACEMENT CHARGES AMOUNTS ALLOWED BY THE LAWS OF THE UNITED STATES ON NORTH America

*Bro Stephen Michael EL-Bey*

Dated: 07/31/2026

Bro _Stephen Michael McGowens_

Plaintiff SUI JURIS

*Bro Stephen Michael-EL-Bey*

**COMPLAINT**